# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KAGAN, ELENA | SUPREME COURT | 05/4/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ASSOCIATE JUSTICE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

1 FIRST STREET NE
WASHINGTON, D.C. 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor 9/2011 | Harvard Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/4/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | President and Fellows of Harvard College - Teaching | $15,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | April 8-10, 2011 | Cambridge, MA | Speech | Airfare, hotel, meals |
| 2. | University of New Mexico School of Law | May 13-14, 2011 | Albuquerque, NM | Commencement Speech | Airfare, hotel, meals |
| 3. | New York University Law School | July 11-15, 2011 | Argentina | Conference | Airfare, hotel, meals |
| 4. | Aspen Institute | July 29-Aug 4, 2011 | Aspen, CO | Speech, Conference | Airfare, hotel, meals |
| 5. | Harvard Law School | Sept 4-11, 2011 | Cambridge, MA | Teaching | Airfare, hotel, meals |
| 6. | National Conference of Bankruptcy Judges | Oct 14-15, 2011 | Tampa, FL | Speech | Airfare, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/4/2012 |

| 7. | American College of Trial Lawyers | Oct 20-23, 2011 | Palm Springs, CA | Speech | Airfare, hotel, meals |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **KAGAN, ELENA** | 05/4/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CAMBRIDGE SAVINGS BANK ACCT | A | Interest | | | Merged (with line 2) | 7/29/11 | N | | |
| 2. JUSTICE FEDERAL CREDIT UNION | A | Interest | M | T | | | | | |
| 3. FRANKLIN TEMPLETON MUTUAL BEACON FUND | B | Dividend | K | T | | | | | |
| 4. VANGUARD PRIME MONEY MKT FUND | A | Dividend | K | T | | | | | |
| 5. VANGUARD TOTAL STOCK MKT INDEX ADM | C | Dividend | M | T | | | | | |
| 6. UNIV. OF CHICAGO RET - TIAA TRADITIONAL | B | Interest | K | T | | | | | |
| 7. UNIV. OF CHICAGO RET - CREF STOCK | | None | K | T | | | | | |
| 8. UNIV. OF CHICAGO RET - CREF BOND MARKET VIABILITY ANNUITY | B | Interest | K | T | | | | | |
| 9. UNIV. OF CHICAGO RET. - VANGUARD INT-TERM BOND | B | Dividend | K | T | | | | | |
| 10. UNIV. OF CHICAGO RET. - VANGUARD WINDSOR FUND | A | Dividend | K | T | | | | | |
| 11. IRA # 1 - FIDELITY MAGELLAN FUND | B | Dividend | L | T | | | | | |
| 12. IRA # 1 - FIDELITY PURITAN FUND | B | Dividend | L | T | | | | | |
| 13. IRA # 1 - FIDELITY INTERMED BOND FUND | A | Dividend | L | T | | | | | |
| 14. IRA # 2 - VANGUARD TOTAL BOND MKT INDEX | A | Dividend | K | T | | | | | |
| 15. IRA # 2 - VANGUARD FED MONEY MKT FUND | A | Dividend | J | T | | | | | |
| 16. IRA #2 - VANGUARD WELLESLEY INC FUND | B | Dividend | K | T | | | | | |
| 17. IRA # 2 - VANGUARD 500 INDEX FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/4/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA # 2 - VANGUARD INTL EXPLORER FUND | A | Dividend | J | T | | | | | |
| 19. DREYFUS GNMA FUND - CLASS Z | A | Dividend | J | T | | | | | |
| 20. VANGUARD - GNMA FUND INVESTOR SHARES | A | Dividend | J | T | | | | | |
| 21. CHARLES SCHWAB MONEY MARKET ACCOUNT | A | Dividend | L | T | | | | | |
| 22. SCHWAB S&P 500 INDEX FUND | B | Dividend | L | T | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/4/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ ELENA KAGAN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544